THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    (415) 444-5800
Facsimile:    415/674-9900

Attorneys for Plaintiff
IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br><br>YUCATASIA; WAI HO and CHUN MUI HO, Trustees of the WAI HO and CHUN MUI HO 2001 Revocable Trust; LORRAINE T.C. DUN, as Trustee of the LORRAINE T.C. DUN SURVIVOR'S TRUST; LORRAINE T.C. DUN, as Trustee of the EDMUND Y.K. DUN BYPASS TRUST; and DUONG PHUONG, an individual dba YUCATASIA,<br><br>    Defendants. | CASE NO. 15-cv-01547-EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER FOR PLAINTIFF TO AMEND COMPLAINT** |

**IT IS STIPULATED**, by and through the parties respective attorney of record that plaintiff IRMA RAMIREZ be permitted leave to file the proposed First Amended Complaint (attached hereto as Exhibit "A"), and the answer previously filed by defendant DUONG PHUONG, an individual dba YUCATASIA shall serve as his answer to the First Amended Complaint.

---

**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO AMEND COMPLAINT      CASE NO. 15-cv-01547-EMC**   1

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall have the same force and effect as originals.

Respectfully Submitted,

Dated: August 11, 2015

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff IRMA RAMIREZ

Dated: August 21, 2015

JOSEPH A. LEPERA,
LEPERA & ASSOCIATES, PC

By: /s/Joseph A. Lepera
Joseph A. Lepera
Attorney for Defendant DUONG PHUONG, an individual dba YUCATASIA

## ORDER

Pursuant to the parties' stipulation, **IT IS ORDERED** that plaintiff IRMA RAMIREZ has leave of this Court to file the First Amended Complaint attached hereto as Exhibit "A," and the answer previously filed by defendant DUONG PHUONG, an individual dba YUCATASIA shall be deemed an answer for defendant DUONG PHUONG, an individual dba YUCATASIA to the First Amended Complaint.

Dated: 8/26, 2015

Honorable
United State

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA