THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
1832-A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:   415/674-9900
tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>YUCATASIA; WAI HO and CHUN MUI HO, Trustees of the WAI HO and CHUN MUI HO 2001 Revocable Trust; LORRAINE T.C. DUN, as Trustee of the LORRAINE T.C. DUN SURVIVOR'S TRUST; LORRAINE T.C. DUN, as Trusteeof the EDMUND Y.K. DUN BYPASS TRUST; and DUONG PHUONG, an individual dba YUCATASIA,<br><br>  Defendants. | CASE NO.: 15-CV-01547-EMC<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

TO THE COURT AND ALL PARTIES OF INTEREST:

Notice is hereby given that the parties to the above-captioned matter have reached a settlement in principle and are currently working out the terms of the agreement. The parties respectfully request that all matters currently on calendar be vacated.

Once the parties have a finalized agreement and plaintiff has received settlement funds, plaintiff will immediately file a dismissal with the Court. Plaintiff anticipates dismissal documents to be filed with the Court within eight (8) to ten (10) weeks.

NOTICE OF SETTLEMENT

If for any reason the parties settlement falls through, plaintiff will immediately notify the Court and request that this matter be put back on calendar.

March 10, 2016                    THOMAS E. FRANKOVICH,
                                  *A PROFESSIONAL LAW CORPORATION*

                                  By: /s/ Thomas E. Frankovich
                                  Thomas E. Frankovich
                                  Attorneys for Plaintiff

IT IS SO ORDERED that the CMC is reset from 3/17/16 to 6/23/16 at 10:30 a.m.  An updated joint CMC statement shall be filed by 6/16/16.

_____
Edward M. Chen
U.S. District Judge

