THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1832-A Capitol Street
Vallejo, CA 94590
Telephone: (415) 444-5800
Facsimile: (415) 674-9900

Attorney for Plaintiff
IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>     Plaintiff,<br><br>  v.<br><br>YUCATASIA; *et al.*,<br><br>     Defendants. | CASE NO.: 15-CV-01547-EMC<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE** |

The parties by and through their respective attorney of record stipulate to continue the Further Case Management Conference currently set for June 23, 2016 at 10:30 a.m. for the following reasons:

1.     **Whereas**, the parties have reached a settlement and are currently finalizing the settlement agreement;

2.     **Whereas**, on June 10, 2016, defendants sent over their changes to the settlement agreement;

3.     **Whereas**, plaintiff's counsel has been on vacation and has not had an opportunity to review defendants' changes to the settlement agreement.

4.     **Therefore**, the parties respectfully request that the Further Case Management Conference currently scheduled for June 23, 2016 at 10:30 a.m. be continued to either July 25, 2016 at 10:30 a.m., September 1, 2016 at 10:30 a.m., and or a date convenient to the Court.

**IT IS SO STIPULATED**.

Dated: June 15, 2016

Respectfully submitted,
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff

Dated: June 15, 2016

LEPERA + ASSOCIATES, PC

By: /s/ Joseph A. Lepera
Joseph A. Lepera
Attorneys for Defendants
PHUONG DUONG dba YUCATASIA
(erroneously            sued as DUONG PHUONG)

Dated: June 15, 2016

LAW OFFICES OF JOSEPH A. SACRAMENTO

By: /s/ David John Foran
David J. Foran
Attorneys for Defendants Lorraine T.C. Dun,
Trustee of the Lorraine T.C. Dun Survivor's Trust;
and Trustee of the Edmund Y.K. Dun Bypass Trust

**[PROPOSED] ORDER**

**IT IS SO ORDERED** that the Case Management Conference set for June 23, 2016 at 10:30 a.m. is continued to _____August 4_____, 2016, at __10:30__ a.m./ ~~p.m.~~ The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: _____June 16_____, 2016



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen