THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94590
Telephone:     (415) 444-5800
Facsimile:      (415) 674-9900
Email:            tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YUCATASIA, *et al.*,<br><br>　　　　Defendants. | CASE NO.: 3:15-cv-01547-EMC<br><br>**STIPULATION OF DISMISSAL AND [PR~~OPO~~SED] ORDER THEREON** |

　　The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

　　IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

//

//

1    The parties further consent to and request that the Court retain jurisdiction over
2    enforcement of the Agreement. See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994)
3    (empowering the district courts to retain jurisdiction over enforcement of settlement
4    agreements).
5    This stipulation may be executed in counterparts, all of which together shall
6    constitute one original document.

7                                        Respectfully Submitted,

8    Dated: August 16, 2016              THOMAS E. FRANKOVICH, APLC
9                                        ***A PROFESSIONAL LAW CORPORATION***

10                                       By: /s/ Thomas E. Frankovich
11                                       Thomas E. Frankovich
                                         Attorney for Plaintiff
12

13   Dated: August 16, 2016              LEPERA + ASSOCIATES, PC
14

15                                       By: /s/ Joseph A. Lepera
                                         Joseph A. Lepera
16                                       Attorneys for Defendants
17                                       PHUONG DUONG dba YUCATASIA (erroneously
                                         sued as DUONG PHUONG)
18

19   Dated: August 16, 2016              LAW OFFICES OF JOSEPH A. SACRAMENTO
20
                                         By: /s/ David John Foran
21                                       David J. Foran
                                         Attorneys for Defendants Lorraine T.C. Dun, Trustee
22                                       of the Lorraine T.C. Dun Survivor's Trust; and Trustee
                                         of the Edmund Y.K. Dun Bypass Trust
23

24   //
25   //
26   //
27   //
28

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: ___8/17_____, 2016



Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen